UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00137 |
| ) | JUDGE SHARP |
| TASHA A. SMITH ) | |
| ANITA SHERRILL JOHNSON ) | |
| ) | |

## O R D E R

Pending before the Court is Defendant is Tasha A. Smith's Motion to Set Change of Plea Hearing (Docket No. 59) and Defendant Anita Johnson's Motion Requesting Change of Plea Hearing (Docket No. 60).

The motions are GRANTED and a plea hearing in these matters are hereby scheduled for Wednesday, January 30, 2013 at 3:00 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE